IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00995-PAB-MJW

DOUGLAS MAHONEY,

Plaintiff(s),

v.

HALLIBURTON ENERGY SERVICES, INC.,
ESIS, INC., and
ACE AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED the Stipulated Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (docket no. 24-1) is APPROVED and made an Order of Court.

Date:  July 19, 2011