## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-00995-PAB-MJW          FTR - Courtroom A-502

**Date:**   October 04, 2011                         Courtroom Deputy, Ellen E. Miller

*Parties*                                            *Counsel*

DOUGLAS MAHONEY,                                     Floyd M.  Youngblood

  Plaintiff(s),

v.

HALLIBURTON ENERGY SERVICES, INC.,                   Christina J. Valerio
ESIS, INC., and                                      David J. Nowak
ACE AMERICAN INSURANCE COMPANY,

  Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **STATUS   CONFERENCE**
**Court in Session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding the parties' Stipulated Motion to Stay Case Pending Arbitration.

**It is ORDERED:**         Parties' STIPULATED MOTION TO STAY CASE PENDING
                           ARBITRATION [Docket No. **30**, Filed October 03, 2011] is **GRANTED** for
                           reasons as set forth on the record.
                           This case is STAYED until further Order of the court.

The parties anticipate filing a Motion to Administratively Close this civil action pursuant to
D.C.COLO.LCivR 41.2.


Hearing concluded.
**Court in recess:**   9:08 a.m.
Total In-Court Time 00: 08


To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free    1-800-962-3345.