IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00995-PAB-MJW

DOUGLAS MAHONEY,

    Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC.,
ESIS, INC., and,
ACE AMERICAN INSURANCE COMPANY,

    Defendants.

---

## STAY ORDER (Docket No. 30)

---

Upon consideration of the Stipulated Motion to Stay Case Pending Arbitration [Docket No. 30], it is ORDERED that the motion is granted and this case is stayed pending arbitration.

SO ORDERED this 4th day of October, 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO