IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00995-PAB-MJW

DOUGLAS MAHONEY,

    Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC.,
ESIS, INC., and
ACE AMERICAN INSURANCE COMPANY,

    Defendants.

---

# ORDER

---

This matter is before the Court on the parties' Stipulated Motion to Administratively Close Case [Docket No. 34]. On October 4, 2011, the magistrate judge granted [Docket No. 32] the parties' Stipulated Motion to Stay Case Pending Arbitration [Docket No. 30], staying this case pending arbitration of the dispute. In the present motion, the parties jointly request that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2 pending the outcome of the arbitration or until good cause is otherwise shown to reopen the matter. It is

**ORDERED** that the parties' Stipulated Motion to Administratively Close Case [Docket No. 34] is GRANTED. This matter is administratively closed pursuant to D.C.COLO.LCivR 41.2. This case will be dismissed one year from the entry of this order in the absence of a request to extend the administrative closure or to reopen upon a showing of good cause.

DATED October 11, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge